UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| COVENANT MEDICAL CENTER, INC., | 2:21-CV-11221-TGB |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | HONORABLE TERRENCE G. BERG |
| DR. ANNE BAGLEY, | |
| Defendant. | |

The Court was notified that the parties had reached a resolution in this matter. Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this matter to enforce the terms of the settlement agreement. *See, e.g., Moore v. United States Postal Serv.*, 369 Fed. App'x 712 (6th Cir. 2010).

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

Dated: November 30, 2022